## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------X
LONG-TERM CAPITAL FUND            :     Civil Number
                                  :     3:01-CV-01714 (JBA)
        Plaintiff                 :
                                  :
    v.                            :
                                  :
UNITED STATES OF AMERICA          :
                                  :
        Defendant                 :     JUNE 23, 2004
-----------------------------------------------------------X
```

### MOTION TO WITHDRAW APPEARANCE

The undersigned counsel respectfully requests to withdraw his Appearance in this matter for the Plaintiff, Long-Term Capital Fund. Said Plaintiff will remain represented by the following attorneys at Whitman Breed Abbott & Morgan LLC: Charles W. Pieterse and Michael F. Cavolo.

THE PLAINTIFF

BY _____
Maciej A. Piatkowski (ct21555)
Whitman Breed Abbott & Morgan LLC
100 Field Point Rd.
Greenwich, CT 06830
Tel. 203-869-3800
Fax 203-869-1951
mpiatkowski@wbamct.com

53717

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing Motion to Withdraw Appearance was sent by first class mail, postage prepaid, on June 23, 2004 to the following:

Jennifer G. Cohen
Stacey Hallett
U.S. Department of Justice
Tax Division
P.O. Box 55, Ben Franklin Station
Washington, DC  20044-0055

John B. Hughes
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

                                                                                          _____
                                                                                              Maciej A. Piatkowski