UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LONG-TERM CAPITAL, ET AL** | : |
| **v.** | : NO. 3:01cv1714 (JBA) |
| **UNITED STATES OF AMERICA** | : |

### ENDORSEMENT ORDER [DOC. #19]

Motion to Withdraw Appearance [doc. #19] is GRANTED. The Court notes the appearance on the record of Attorneys Pieterse and Cavolo.

IT IS SO ORDERED.

_____  Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:** **June 28, 2004**